STEVEN B. BASSOFF – State Bar #70090
ATTORNEY AT LAW
2000 "O" Street, Suite 250
Sacramento, California  95814
Telephone:  (916) 448-7317
Facsimile:  (916) 448-7357

JEFFREY B. DEMAIN – State Bar #126715
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Attorneys for Defendant Professional Engineers in California Government

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. RICHARD WAGNER AND KRISTEN SCHWALL,<br><br>                    Plaintiffs,<br><br>On behalf of themselves and all others similarly situated,<br><br>       v.<br><br>PROFESSIONAL ENGINEERS IN CALIFORNIA GOVERNMENT and KATHLEEN CONNELL, STATE CONTROLLER,<br><br>                    Defendants. | Case No. S-99-1692 GEB DAD<br><br>[PROPOSED] ORDER DISBURSING REGISTRY FUNDS (CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND TO STAY JUDGMENT PENDING APPEAL)<br><br>E.D. Local Civil Rule 67-150(g) |

   The parties to the above-captioned case have submitted a stipulated request for an Order Disbursing Registry Funds to release the cash in lieu of supersedeas bond that defendant Professional Engineers in California Government (hereinafter "PECG") deposited into this Court's registry on or about November 12, 2002, to stay pending appeal the compensatory damage judgment awarded by this Court, which the Ninth Circuit subsequently reversed on appeal.  Good cause appearing therefor, the request is hereby GRANTED.  The Clerk of this Court is hereby directed to disburse to PECG those funds in the Court's registry in the amount

of the $336,342.92 that PECG deposited into the Court's registry and any interest earned on that deposit, less the administrative fee.  The funds shall be disbursed to PECG in the form of a check payable to PECG and sent to the attention of Arthur P. Duffy, Treasurer, PECG, 660 "J" Street, Suite 445, Sacramento, California  95814.

The foregoing is so ordered.

Dated:  April 18, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge